IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAVON R. SHINN,
    Plaintiff,

vs.                                  Case No.: 3:19cv3381/RV/EMT

WARDEN WALKER CLEMMONS, et al.,
    Defendants.
_____/

## REPORT AND RECOMMENDATION

Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). By order of this court dated September 10, 2019, the court ordered Plaintiff to pay an initial partial filing fee in the amount of $17.73 within thirty (30) days (*see* ECF No. 4). At Plaintiff's request, the court subsequently extended the deadline to December 9, 2019 (*see* ECF Nos. 5, 8, 9). Plaintiff failed to pay the initial partial filing fee by the extended deadline; therefore, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 10). The time for compliance with the show cause order has now elapsed, and Plaintiff has failed to pay the initial partial filing fee or explain his inability to do so.

Accordingly, it is respectfully **RECOMMENDED**:

1.  That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court; and

2.  That the clerk of court be directed to close this case.

At Pensacola, Florida, this 27th day of January 2020.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions.  *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.