IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LAVON R. SHINN,
    Plaintiff,

vs.                                Case No.: 3:19cv3381/RV/EMT

WARDEN WALKER CLEMMONS, et al.,
    Defendants.
_____/

# **O R D E R**

The Chief Magistrate Judge issued a Report and Recommendation on January 27, 2020 (ECF No. 11). Plaintiff was provided a copy of the Report and Recommendation and an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.     The Chief Magistrate Judge's Report and Recommendation (ECF No. 11) is adopted and incorporated by reference in this order.

2.     This case is **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court; and

3. The clerk of court is directed to close this case.

**DONE AND ORDERED** this 27th day of February 2020.

/s/ Roger Vinson
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**